# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH M. BRISTER

NO. 2025 KW 0696

**OCTOBER 23, 2025**

---

In Re: Joseph M. Brister, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 24-CR1-155600.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT